IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILTON CHARLES VAN NOLAND,
and JOY GARNER,

      Plaintiffs,

    v.

ERIC S. PELLETIER AND "Grrr! LIMITED,"

      Defendants.

No. CIV S-09-2035 MCE DAD PS

<u>ORDER DENYING APPLICATION</u>

<u>FOR ORDER SHORTENING TIME</u>

      On July 22, 2009, defendants filed a notice of removal of this action from the Nevada County Superior Court to this court.  On July 27, 2009, plaintiffs, proceeding pro se in this action, filed a "Motion for Expedited Remand to the Nevada County Superior Court (Doc. No. 7)."  Plaintiffs did not file the required notice of motion nor did they notice that motion for hearing in any other way.  The court today received a "Notice of Ex-Parte Motion for Order Shortening Time" filed by plaintiffs by which they seek a hearing on July 31, 2009 at 10:00 a.m. on a "Motion for Sanctions in the Form of Immediate Dismissal of Defendant's Notice of Removal."

      Plaintiffs' application for an order shortening time does not comply with the requirements set out in Local Rule 6-144(e).  The <u>ex parte</u> application does not provide a

1

1 satisfactory explanation for the need for the issuance of such an order nor does it explain
2 plaintiffs' failure to obtain a stipulation for the issuance of such an order from defense counsel.
3 Plaintiffs' ex parte motion for an order shortening time will therefore by denied without
4 prejudice to plaintiffs' filing of a properly noticed motion for remand and/or for sanctions.
5       Accordingly, IT IS HEREBY ORDERED that plaintiffs' ex parte motion for order
6 shortening time filed July 30, 2009 (Doc. No. 11) is denied.
7 DATED: July 30, 2009.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

11 Ddad1\orders.pro se\vannoland2035.o.ost.wpd