IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILTON CHARLES VAN NOLAND,
and JOY GARNER,

        Plaintiffs,                No. CIV S-09-2035 MCE DAD PS

      v.

ERIC S. PELLETIER and "Grrr!
LIMITED,"                               ORDER

        Defendants.

/

This case came before the court on September 11, 2009, for hearing on plaintiffs' motion for sanctions. (Doc. No. 17.)  Plaintiffs Milton Charles Van Nolan and Joy Garner, proceeding pro se, appeared on their own behalf.  James Arguellas, Esq. appeared telephonically for defendants Eric S. Pelletier and Grrr! Limited.  For the reasons set forth on the record at the hearing, plaintiffs' motion for sanctions was denied without prejudice to renewal following resolution of plaintiffs' pending motion for remand if appropriate.[1]

In addition, plaintiffs' motion for contempt (Doc. No. 23) was not properly noticed for hearing under Local Rule 78-230 and is therefore denied without prejudice.

---

[1] Plaintiffs' motion for remand has been noticed for hearing on September 18, 2009.

1

1   Plaintiffs have filed two motions seeking the recusal of the undersigned. (Doc.
2   Nos 35 & 37.)  At the hearing on September 11, 2009, plaintiffs indicated that one of those two
3   motions was to be heard by the undersigned.  A review of the court's docket, however, reveals
4   that both motions were directed to the assigned district judge and that neither was properly
5   noticed in compliance with Local Rule 78-230.  Accordingly, the undersigned will not address
6   those motions at this time.

7   IT IS SO ORDERED.

8   DATED: September 14, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

13  Ddad1\orders.pro se\vannoland2035.oah0911.wpd