| | |
|---|---|
| | IN THE UNITED STATES DISTRICT COURT |
| | FOR THE EASTERN DISTRICT OF CALIFORNIA |

MILTON CHARLES VAN NOLAND
and JOY GARNER,

        Plaintiffs,                    No. CIV S-09-2035 MCE DAD PS

    v.

ERIC S. PELLETIER and "GRRR!      ORDER
LIMITED,"

        Defendants.

_____/

        On January 6, 2010, the undersigned filed an order denying several duplicative motions filed by plaintiffs. On January 7, 2010, plaintiffs filed a document styled "Motion for Declaration of Clarification of Court's Order Issued January 6th 2009 and Motion for Show Cause Order." Plaintiffs have addressed the new motions to the undersigned "or Judge England" and noticed them for hearing on February 5, 2010 at 10:00 a.m. in an unspecified courtroom. A review of plaintiffs' 46-page filing reveals that plaintiffs do not seek clarification of the January 6, 2010 order. Instead, plaintiffs offer additional unauthorized briefing related to the motions for remand that were taken under submission on September 18, 2009. Plaintiffs' January 7, 2010 motions are denied, and the hearing set for February 5, 2010 is dropped from the court's calendar. All related requests and motions are moot.

1

Accordingly, IT IS ORDERED that:

1. Plaintiffs' January 7, 2010 motions for declaration of clarification and for show cause order (Doc. No. 60) are denied;

2. Plaintiffs' related request for judicial notice filed January 12, 2010 (Doc. No. 62), motion for order shortening time filed January 14, 2010 (Doc. No. 64), motion for order shortening time filed January 15, 2010 (Doc. No. 65), motion for judicial notice and for order filed January 19, 2010 (Doc. No. 66), and motion for judicial estoppel and for evidentiary hearing filed January 26, 2010 (Doc. No. 68) are denied as moot; and

3. All motions noticed for hearing on February 5, 2010 are dropped from this court's calendar.[1]

DATED: February 4, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.pro se\vannoland2035.ord.vachrg2

---

[1] The court anticipates that its ruling on the submitted motions for remand will be filed within the next week.