IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILTON CHARLES VAN NOLAND
and JOY GARNER,

      Plaintiffs,                  No. CIV S-09-2035 MCE DAD PS

   v.

ERIC S. PELLETIER and "GRRR!      ORDER
LIMITED,"

      Defendants.
_____/

        On February 24, 2010, the undersigned filed an order resolving all pending motions, including several in which plaintiffs sought discovery and evidentiary hearings related to jurisdictional issues. On February 24, 2010, plaintiffs filed another such motion, but the motion was not entered on the docket until February 25, 2010. Plaintiffs' February 24, 2010 motion for limited jurisdictional discovery (Doc. No. 79) is denied as duplicative and moot.

        IT IS SO ORDERED.

DATED: February 25, 2010.

                                       /s/ Dale A. Drozd
                                       DALE A. DROZD
DAD:kw                                 UNITED STATES MAGISTRATE JUDGE
Ddad1\orders.pro se\vannoland2035.ord.motden