IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILTON CHARLES VAN NOLAND
and JOY GARNER,

      Plaintiffs,                        No. CIV S-09-2035 MCE DAD PS

    vs.

ERIC S. PELLETIER and "GRRR!
LIMITED,"                            ORDER

      Defendants.

_____/

      Pursuant to court order, this matter came before the undersigned for a Status (Pretrial Scheduling) Conference on May 14, 2010, at 11:00 a.m. Plaintiffs Milton Charles Van Noland and Joy Garner, who are proceeding pro se in this action, appeared in propria persona. James P. Arguelles, Esq. appeared as counsel for defendants.

      The undersigned informed the parties that defendants' request for an early settlement conference, which plaintiffs do not oppose, has been granted by the assigned district judge and that Magistrate Judge Kimberly J. Mueller has been randomly selected to conduct the settlement conference. After hearing the parties with regard to scheduling, and upon plaintiffs' withdrawal of their previous objection to delaying the scheduling of the case pending an early settlement conference, the court deferred scheduling. If a settlement is not reached, the case will

1

be re-set for a status (pretrial scheduling) conference.

As set forth more fully on the record at the Status (Pretrial Scheduling) Conference held on May 14, 2010, IT IS ORDERED that:

1. This case has been set for a Settlement Conference on June 30, 2010, at 1:30 p.m. in Courtroom 26 before Magistrate Judge Kimberly J. Mueller. Any request to change the date shall be directed to Matt Caspar, courtroom deputy to Magistrate Judge Mueller. A Settlement Conference Statement shall be submitted to Magistrate Judge Mueller seven days prior to the Settlement Conference. See Local Rule 270(d). Counsel shall be accompanied in person by a person capable of disposition of the case or shall be fully authorized to settle the matter at the settlement conference on any terms, except as otherwise ordered by Magistrate Judge Mueller.

2. If the case does not settle, a further Status (Pretrial Scheduling) Conference will be set before Magistrate Judge Dale A. Drozd.

DATED: May 17, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\vannoland2035.sc.cont

2