UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON CHARLES VAN NOLAND, and JOY GARNER<br><br>　　　　Plaintiffs,<br>　　vs.<br><br>ERIC S. PELLETIER and "GRRR! LIMITED,"<br><br>　　　　　　　　　Defendants. | CASE NO. 2:09-cv-02035-MCE-DAD<br><br>**STIPULATION OF DISMISSAL AND  ORDER** |

IT IS HEREBY STIPULATED by and between the parties to this action that the above-entitled action be and hereby is dismissed in its entirety with prejudice pursuant to FRCP 41(a)(1).  The Court hereby approves the parties stipulation of dismissal dated July 12, 2010, and dismisses the action with prejudice pursuant to FRCP 41(a)(1), with the following condition: The Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release, should such enforcement be necessary, for a period of two years beginning the date of the signing of this Order.

Dated:  July 13, 2010

　/s/_____
Milton Charles Van Noland
Pro se

1

STIPULATION OF DISMISSAL AND ORDER

**Stevens, O'Connell & Jacobs LLP**

Dated: July 13, 2010

\_/s/_____
Joy Garner
Pro se

Dated: July 13, 2010

\_/s/_____     \_\_/s/_____
Eric Pelletier                                              James P. Arguelles
                                                                   Attorneys for Defendant Eric
                                                                   Pelletier

IT IS SO ORDERED. The Clerk of Court is hereby directed to close this file, subject to the Court's retention of jurisdiction for a period of two (2) years for the enforcement of the settlement agreement between the parties.

DATED: July 14, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

STIPULATION OF DISMISSAL AND ORDER

**Stevens, O'Connell & Jacobs LLP**