UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON CHARLES VAN NOLAND, and JOY GARNER<br><br>           Plaintiffs,<br>     vs.<br><br>ERIC S. PELLETIER and "GRRR! LIMITED,"<br><br>           Defendants. | CASE NO. 2:09-cv-02035-MCE-DAD<br><br>**AMENDED STIPULATION OF DISMISSAL; ORDER** |

IT IS HEREBY STIPULATED by and between the parties to this action that the above-entitled action be and hereby is dismissed in its entirety with prejudice pursuant to FRCP 41(a)(1)(ii). The Court hereby approves the parties stipulation of dismissal dated July 12, 2010, and dismisses the action with prejudice pursuant to FRCP 41(a)(1)(ii), with the following condition:

///

///

///

///

1

STIPULATION OF DISMISSAL AND ORDER

**Stevens,
O'Connell
Jacobs LLP**

PDF created with pdfFactory trial version www.pdffactory.com

The Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release, which is attached hereto as Exhibit A and incorporated by reference into this order, should such enforcement be necessary, for a period of two years beginning the date of the signing of this Order.

Dated: July 13, 2010

/s/_____
Milton Charles Van Noland
Pro se

Dated: July 13, 2010

/s/_____
Joy Garner
Pro se

Dated: July 13, 2010

/s/_____       /s/_____
Eric Pelletier                                          James P. Arguelles
                                                              Attorneys for Defendant Eric
                                                              Pelletier and Grrr! Limited

/s/_____
Eric Pelletier for Grrr! Limited

## ORDER

This case has already been closed pursuant to the Stipulation and Order filed July 14, 2010. The purpose of this amended stipulation is to incorporates additional terms inadvertently not included within the original stipulation. The closure of this case remains subject to the Court's retention of jurisdiction for a period of two (2) years from the date this Order is electronically filed to enforce the settlement agreement between the parties, as necessary.

///

2

STIPULATION OF DISMISSAL AND ORDER

Stevens,
O'Connell
Jacobs LLP

PDF created with pdfFactory trial version www.pdffactory.com

1  Given the entry of this Order, Plaintiff's Motion for Correction of Order (Docket
2  No. 117) is moot and that Motion is accordingly vacated.
3  IT IS SO ORDERED.
4  
  DATED: July 22, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE